JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE THOMAS, | ) | No. 2:22-cv-04536-GW-JDE |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| T. ALLEN, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

　　　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　　　IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated:  August 10, 2022

_____
GEORGE H. WU
United States District Judge